UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK  Attorney: THE MARKS LAW FIRM, P.C.



LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)

Index # 21CV2285

- against -

Purchased April 26, 2021

OKLAHOMA EMBROIDERY SUPPLY & DESIGN, LLC

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 11, 2021 at 10:00 AM at

SECRETARY OF STATE
ALBANY, NY

deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET on OKLAHOMA EMBROIDERY SUPPLY & DESIGN, LLC therein named,

SECRETARY OF STATE — a Foreign LIMITED LIABILITY COMPANY by delivering thereat one true copy to NANCY DOUGERTY, LEGAL CLERK personally, deponent knew said LIMITED LIABILITY COMPANY so served to be the LIMITED LIABILITY COMPANY described in said summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 304 OF THE LIMITED LIABILITY COMPANY LAW and tendering the required fee.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 60 | 5'4 | 145 |

Sworn to me on: May 13, 2021

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 01BR4949206
Qualified in Bronx County
Commission Expires April 3, 2023

STEVEN C. AVERY

Invoice #: 763992

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK    Attorney: THE MARKS LAW FIRM, P.C.

---

LUC BURBON AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED

Plaintiff(s)

Index # 21CV2285

- against -

Purchased April 26, 2021

OKLAHOMA EMBROIDERY SUPPLY & DESIGN, LLC

Defendant(s)

Mail Date May 13, 2021

**AFFIDAVIT OF MAILING**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 13, 2021 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CIVIL COVER SHEET to OKLAHOMA EMBROIDERY SUPPLY & DESIGN, LLC at

C/O THE CORPORATION COMPANY
1833 S MORGAN RD
OKLAHOMA CITY, OK

Copy was mailed REGISTERED MAIL-RETURN RECEIPT REQUESTED, RECEIPT #RA604889929US and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Also mailed a notice that the N. Y. Secretary of State was served with the legal documents herein described and tendered the statutory fee.

Sworn to me on: May 13, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | CHRISTOPHER J. KLEIN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 | Invoice #: 763992 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County | |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 | |

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045

| Registered No. RA604889929US | | Date Stamp 0005 25 MAY 13 2021 |
|---|---|---|
| Postage $ $2.20 | Extra Services & Fees (continued) ☐ Signature Confirmation $ ☐ Signature Confirmation Restricted Delivery $ | |
| Extra Services & Fees ☐ Registered Mail $ $12.90 ☐ Return Receipt (hardcopy) $ $2.85 ☐ Return Receipt (electronic) $ $0.00 ☐ Restricted Delivery $ $0.00 | Total Postage & Fees $ $17.95 | |
| Customer Must Declare Full Value $ $0.00 | Received by 05/13/2021 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: UNITED PROCESS SERVICE, INC.
225 BROADWAY, SUITE 440
NEW YORK, NY 10007

TO: Oklahoma Embroidery Supply & Design, LLC.
c/o Th... Oklahoma City, OK 73128
1833 S. Morgan RD.
Oklahoma City, OK 73128

PS Form 3806, Registered Mail Receipt   Copy 1 - Customer
April 2015, PSN 7530-02-000-9051   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®